# United States Bankruptcy Court
## District of Arizona

IN RE:     Case No. **4-14-bk-01281-BMW**

**MCMAHON'S STEAKHOUSE, LLC**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Can Capital Aka New Logic**<br>2015 Vaughn Rd NW Ste 500<br>Kennesaw, GA 30144-7831 | | | | 107,834.00 |
| **Rewards Network**<br>2 N Riverside Plz Ste 950<br>Chicago, IL 60606-2614 | | | | 82,720.00 |
| **McMahon Properties, LLC**<br>4644 E Fort Lowell Rd<br>Tucson, AZ 85712-1111 | | | | 34,850.00 |
| **Arizona Department Of Revenue**<br>PO Box 29010<br>Phoenix, AZ 85038-9010 | | | | 27,442.88 |
| **Shamrock Foods Co.**<br>2540 N 29th Ave<br>Phoenix, AZ 85009-1612 | | | | 19,681.43 |
| **Resolute Commercial Services**<br>7201 E Camelback Rd Ste 250<br>Scottsdale, AZ 85251-3317 | | | | 17,425.00 |
| **Journal Broadcast Group Tucson**<br>PO Box 203596<br>Dallas, TX 75320-3596 | | | | 9,900.00 |
| **Pacific Seafood**<br>2311 E Jones Ave<br>Phoenix, AZ 85040-1468 | | | | 9,441.81 |
| **Mission Linen & Uniform**<br>301 S Park Ave<br>Tucson, AZ 85719-6131 | | | | 6,498.16 |
| **Bank Of America**<br>PO Box 851001<br>Dallas, TX 75285-1001 | | | | 6,153.02 |
| **City Of Tucson**<br>Finance Dept. Revenue Division<br>255 W Alameda St<br>Tucson, AZ 85701-1303 | | | | 4,164.64 |
| **City Of Tucson Water**<br>PO Box 28804<br>Tucson, AZ 85726-8804 | | | | 3,025.41 |
| **F&S Distributors**<br>1251 S Tyndall Ave Ste 109<br>Tucson, AZ 85713-1757 | | | | 2,862.22 |
| **Southern Arizona Tomato Distributor**<br>8351 E Desert Steppes Dr<br>Tucson, AZ 85710-4205 | | | | 1,569.86 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Bakehouse Bread Company**<br>2550 N Dragoon St Ste 120<br>Tucson, AZ 85745-1467 | **1,569.71** |
| **Sesac, Inc.**<br>PO Box 900013<br>Raleigh, NC 27675-9013 | **1,528.32** |
| **Pepsi Beverage Company**<br>PO Box 814828<br>Dallas, TX 75381 | **1,477.50** |
| **Susan Artemis**<br>1114 E Greenlee Pl<br>Tucson, AZ 85719-1802 | **1,300.00** |
| **ASCAP Corporation**<br>21678 Network Pl<br>Chicago, IL 60673-1216 | **1,283.98** |
| **BMI General Licensing**<br>PO Box 406741<br>Atlanta, GA 30384-6741 | **1,231.89** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 7, 2014**     Signature: */s/ METRO RESTAURANTS, LLC, MEMBER*

**METRO RESTAURANTS, LLC, MEMBER, BY ROBERT B. MCMAHON, PRESIDI**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only