Adam B. Nach – 013622
Allison M. Lauritson- 022185
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, Arizona 85026
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Attorneys for Gayle Eskay Mills, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

MCMAHON'S STEAKHOUSE, LLC,

Debtor.

(Chapter 7 Case)

No. 4:14-bk-01281-BMW

**TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER/APPRAISER AND APPROVE RELATED EXPENSES**

Gayle Eskay Mills, Chapter 7 Trustee, by and through counsel undersigned, herein makes application to this Court for an Order authorizing her to employ Cunningham & Associates, Inc., on behalf of this Estate. Trustee also seeks authority to incur expenses associated with the asset liquidation. In support of this Application, Trustee represents:

1. This case was commenced by a Voluntary Petition filed under Chapter 7 of Title 11, United States Code, originally under Chapter 11 on January 31, 2014, which case converted to Chapter 7 on May 20, 2015.

2. Gayle Eskay Mills is the duly appointed and acting Trustee of the Chapter 7 Estate.

3. At the time of the commencement of this Chapter 7 case, Debtor listed certain non-exempt personal property on Schedule B, including: Artwork, furniture, fixtures and equipment (hereinafter the "Property"). Trustee has determined that an auction of the Property may yield funds for the Estate. In the course of administering the Estate, Trustee may determine other assets should be auctioned.

4. Trustee desires to employ an auctioneer to appraise, assemble, and store the property of the Estate for safekeeping and to conduct a liquidation of such property. As such, Trustee has contacted Cunningham & Associates, Inc. ("Auctioneer").

5. Auctioneer has agreed to assist the Trustee with the liquidation of Estate assets. Auctioneer's

fees will be a commission of ten percent (10%) of the sale proceeds. Auctioneer anticipates the following cost items:

        a) Labor, including, inventory, assembling, moving and storing; and,

        b) Advertising, including publishing, printing and postage.

6. Trustee is informed and believes and therefore alleges that the employment of Auctioneer on the terms and conditions provided for herein are in the best interest of the Estate.

7. Auctioneer has been informed and understands that no auction may be consummated until after appropriate notice is given to all creditors and parties in interest.

8. Trustee is satisfied from the Declaration of Auctioneer attached hereto that he is a disinterested person or entity within the meaning of 11 U.S.C. §101(14).

9. Auctioneer is aware of the provisions of 11 U.S.C. §330 and understands, notwithstanding the terms and conditions of employment herein set forth, that the Bankruptcy Court may allow compensation different from the compensation provided herein.

10. In the event the property is not auctioned, Auctioneer will be compensated at $150.00 an hour plus costs from any appraisals performed on behalf of the Estate.

11. Auctioneer is aware of the provisions of 11 U.S.C. §330 and understands, notwithstanding the terms and conditions of employment herein set forth, that the approval of employment does not automatically approve the professional fees, and that the Bankruptcy Court may allow compensation different from the compensation provided herein upon a separate application for fees filed with the Court and after notice to all creditors and parties-in-interest providing the opportunity for the Court to review any objections which any party may have. Auctioneer also understands that the Court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

WHEREFORE, Trustee respectfully requests that this Court enter an Order:

    a. Authorizing the employment of Cunningham & Associates, Inc., for the purpose of conducting a liquidation of Estate assets with compensation of commission equal to ten percent (10%) of the sale proceeds, plus reasonable and necessary expenses, with payment subject to further application

and order of this Court; and,

   b. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 18th day of June, 2015.

**LANE & NACH, P.C.**

By /s/ AML-022185
   Adam B. Nach
   Allison M. Lauritson
   Attorneys for Trustee

COPY of the foregoing delivered via email to:

Scott D. Gibson
**Law Office of Scott D. Gibson, PLLC**
2329 N. Tucson Blvd.
Tucson, AZ 85716
Email: ecf@sdglaw.net
*Attorney for Debtor*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: renee.s.shamblin@usdoj.gov

By /s/ Stephanie Anderson

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

MCMAHON'S STEAKHOUSE, LLC,

    Debtor.

(Chapter 7 Case)

No. 4:14-bk-01281-BMW

**DECLARATION OF GEORGE CUNNINGHAM**

I, George Cunningham, declare as follows:

1. I am employed by Cunningham & Associates Inc., and AuctionAZ.com, LLC (hereinafter collectively "C&A"), with offices located at 6502 N. 27th Avenue, Phoenix, Arizona 85017. C&A is bonded with the United States Bankruptcy Court for the District of Arizona.

2. I am familiar with the Trustee's Application and the property described therein, and believe I am qualified to represent the Trustee. I have agreed to accept employment on the terms and conditions set forth in Trustee's Application.

3. C&A has conducted many public auctions for the Trustees and is familiar with the requirements of the Bankruptcy Court.

4. C&A and its employees do not hold any interest or connections adverse to this Bankruptcy Estate or otherwise, with the Debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee; and, is a disinterested entity as defined in 11 U.S.C. §101(14).

I, George Cunningham, declare under penalty of perjury that the foregoing is true and correct.

DATED: June 18, 2015

                                      **CUNNINGHAM & ASSOCIATES INC.**

                                      By    /s/ George Cunningham
                                               George Cunningham