THIS ORDER IS APPROVED.

Dated: August 27, 2015



*Brenda Moody Whinery*

**Brenda Moody Whinery, Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MCMAHON'S STEAKHOUSE, LLC,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 4:14-bk-01281-BMW<br><br>**ORDER GRANTING STIPULATED APPLICATION TO ALLOW PAYMENT OF REWARDS NETWORK ESTABLISHMENT SERVICES, INC. CLAIMS** |

Upon review of the Stipulated Application to Allow Payment of Rewards Network Establishment Services, Inc. Claims ("Stipulated Application") [DE 113] filed by Gayle Eskay Mills ("Trustee") and Rewards Network Establishment Services, Inc. ("Rewards Network"), after notice and opportunity for objection, and no objections having been filed and good cause appearing therefor;

THE COURT FINDS that the Stipulated Application was duly noticed to all creditors and parties-in-interest;

ACCORDINGLY,

IT IS HEREBY ORDERED approving the Stipulated Application on the terms set forth therein.

IT IS FURTHER ORDERED directing Bank of the West to remit payment of $30,000.00 to "Rewards Network Establishment Services, Inc." in payment of its claim filed in this case, Claim No. 12, with payment to be delivered to Rewards Network Establishment Services Inc., Attn: Kathy DeCicco, 2 N. Riverside Plaza, Suite 200, Chicago, IL 60606.

IT IS FURTHER ORDERED directing Bank of the West to remit the balance of funds held in the Debtor's account after payment to Rewards Network, to the Trustee. Payment should be remitted to "*Gayle Eskay Mills, Trustee of the Estate of McMahon's Steakhouse, LLC, Case No. 4:14-bk-01281-BMW*" and deliver payment to the Trustee directly to P.O. Box 36317, Tucson, AZ 85740.

IT IS FURTHER ORDERED that upon receipt of payment by Rewards Network of $30,000.00, Rewards Network shall amend its Proof of Claim No. 12 to reflect payment.

IT IS FURTHER ORDERED that the Trustee shall be entitled to calculate the Trustee's statutory fees under 11 U.S.C. §326 to include all funds transferred to Rewards Network from the Bank of the West bank accounts.

**SIGNED AND DATED ABOVE.**